1

2

3

4

5

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

8

9

RAK TRADEMARKS, LLC,

                              Plaintiff,

        v.

NO:  2:16-CV-41-RMP

ORDER OF DISMISSAL WITHOUT
PREJUDICE

10

11

12

13

DR. TEEMU J. SCARBOROUGH,
DDS, PC; doing business as Comfort
Dental Care; DR. TEEMU J.
SCARBOROUGH, PD; and DR.
TEEMU J. SCARBOROUGH,

                              Defendants.

14

15    **BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 6.

16   Having reviewed the Notice and the file and pleadings therein, the Court finds

17   good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

18        1.  Plaintiff's Notice of Voluntary Dismissal, **ECF No. 6**, is **APPROVED**.

19            Plaintiff's Complaint is dismissed without prejudice and without costs to

20            any party.

21        2.  All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1    3.  All scheduled court hearings, if any, are **STRICKEN**.

2    The District Court Clerk is directed to enter this Order, provide copies to

3  counsel, and **close this case**.

4    **DATED** this 11th day of April 2016.

5

6                           *s/ Rosanna Malouf Peterson*

7                           ROSANNA MALOUF PETERSON
                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2